The WELFARE FEDERATION ACT COM-
MITTEE OF 1000, a Corporation,
Plaintiff in Error,

v.

Vella RHODES, Defendant In Error.

No. 36361.

Supreme Court of Oklahoma.

March 1, 1955.

Rehearing Denied March 29, 1955.

Charles Hill Johns, Oklahoma City, for plaintiff in error.

Earl E. James, George Miller, Sr., Oklahoma City, for defendant in error.

CORN, Justice.

This appeal involves the identical question decided in Welfare Federation Act Committee of 1000 v. Richardson (Tinsley), Okl., 281 P.2d 428. The conclusions therein reached are applicable and controlling here.

Judgment affirmed.

JOHNSON, C. J., WILLIAMS, V. C. J., and ARNOLD, HALLEY, BLACKBIRD and JACKSON, JJ., concur.